**STATE of Missouri, Respondent,**

v.

**Rodney N. PEARSON, Appellant.**

**No. WD 38263.**

Missouri Court of Appeals,
Western District.

Dec. 23, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 3, 1987.

Application to Transfer Denied
March 17, 1987.

Sean D. O'Brien, Public Defender, Todd Wilhelmus, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and DIXON and TURNAGE, JJ.

## ORDER

PER CURIAM.

Appeal from conviction of kidnapping, § 565.110, RSMo 1978, and sentence of five years imprisonment.

Judgment affirmed. Rule 30.25(b).